IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Alonzo Johnson
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 689-025

vs.

Ohio Department Of Rehabilitation Correction Mental Health Staff
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Scioto County Mental Health Department,
CRC Mr. Blissenbach, Michael S. Witter,
John Gauny, CRC Warden Oppy, Leci Lisa Martin,
State Of Ohio Collaborating Physician Marcia Adelmin

RECEIVED
JUL 29 2019
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1:19CV619

J. BLACK
M.J. LITKOVITZ

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Alonzo Johnson
NAME - FULL NAME PLEASE - PRINT

CCI P.O. Box 5500
ADDRESS: STREET, CITY, STATE AND ZIP CODE

Chillicothe, OH 45601

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (✓) NO ( )

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS: Alonzo Johnson

        DEFENDANTS: State Of Ohio

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        USDC For The Southern Ohio District

    3. DOCKET NUMBER

        Unknown

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        Stephaine Bowman

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        Still Pending

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        Unknown

    7. APPROXIMATE DATE OF THE DISPOSITION

        Unknown

PLACE OF PRESENT CONFINEMENT

Chillicothe Correctional Institution

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

   My Grievances were denied then in 2013 and now 2019.

2. WHAT WAS THE RESULT?

   My grievance were denied in 2013 and 2019.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. CRC Mr. Blissenbach
   NAMES - FULL NAME PLEASE
   The Operation Center 4545 Fisher Rd Columbus, OH 43228
   ADDRESS - STREET, CITY, STATE AND ZIP CODE
2. Michael S. Witter
   The Operational Center 4545 Fisher Rd. Columbus, OH 43228
3. Lisa Martin Leci
   Leci The Operation Center 4545 Fisher Rd. Columbus, OH 43228
4. Dr. Ison CCI
   CCI The Operation Center 4545 Fisher Rd. Columbus, OH 43228
5. Dr. Rumor CCI
   CCI The Operation Center 4545 Fisher Rd. Columbus, OH 43228
6. John Gavn
   The Operation Center 4545 Fisher Rd. Columbus, OH 43228

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

Kath Burns Chief Of Psychiatry
The Operation Center At 4545 Fisher Rd. Columbus, OH 43228
Marcia Adelmin MD State Of Ohio
The Operation Center 4545 Fisher Rd. Columbus, OH 43228
The Scioto County Mental Health Psychatrist Department
Mental Health at 1025 16 St. Portsmouth, OH 45662

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

For I Alonzo Johnson was unknowingly put on Mental Health Medication at Scioto County Jail and I refused to take them. So, I was sent up to The Correctional Reception Center I was told that I was suppose to take medications because they were in my Medical File, I was told that I can refuse. Upon my stay at CRC I got in trouble for masterbation and I was sopose to go to Inmate Disciplinary Housing but they took me to Mental Health. I was unvoluntarily put on sucicide watch. I was told that I couldn't come off sucicide watch until I went through med screening and a mandation hearing. I was sent to a Mental Health Mandation Hearing and was forced on Mental Health Meds Against My Will. I was put on the worst medications of Haldol 40 mg daily, Cogentin 4 mg and Lithium 1800 mg daily. I was on these meds for 5 years 8 months. I have been force on these meds even though I have proved to these people that I can think, understand and function to them and think for myself. I was still mandated on meds, I have grievanced these

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

matter in 2013 and now. I have continueously been to mendation hearings and I have showed up to represent myself. I got took off of Haldol, Cogentin and Lithium because I had showed improvement but I suffer severe side effects from Haldol, Cogentin and Lithium. For I have came down with Narcalepse and sleep Apnea. I do feel that I should be paid more than $5,000,000.00 because I have been made a test dummy and as an Adult they the system wouldn't let me make my own decision. For I have never or at least unproven that I have never filed a ficticious claim or malicious or failure to state a claim en which relief may be granted. For I have my case motion that I wrote up and filed and that I will have it submitted too.

SIGNED THIS 24 DAY OF July 2019.

_Alonzo Johnson_
SIGNATURE OF PLAINTIFF

-6-