# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALONZO JOHNSON, | Case No. 1:19-cv-619 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Karen L. Litkovitz |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, *et al.*, | |
| Defendants. | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 6)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 10, 2019, filed a Report and Recommendation. (Doc. 6). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 6) is **ADOPTED**;

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**;

3. Plaintiff's motion for reconsideration (Doc. 5) is **DENIED**;

4. Within thirty (30) days of the date of this Order, Plaintiff **SHALL** pay the full $400 fee ($350 filing fee plus $50 administrative fee) required to commence this action;

5. Plaintiff **SHALL** take notice that his failure to pay the full $400 fee within thirty (30) days of the date of this Order will result in the dismissal of his action; and

6. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and therefore denies Plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

Date: 1/2/2020

Timothy S. Black
United States District Judge